905 A.2d 877

STATE OF NEW JERSEY, PLAINTIFF–RESPONDENT, v.
MATTHEW STANCIL, DEFENDANT–PETITIONER.

August 8, 2006.

ORDERED that the petition for certification is granted on the issue of defendant's sentence, and the matter is summarily remanded to the trial court for resentencing in light of the Court's decision in *State v. Pierce*, 188 *N.J.* 155, 902 *A.*2d 1195 (2006).

905 A.2d 877

STATE OF NEW JERSEY, PLAINTIFF–RESPONDENT, v.
WILLIAM STROUGHN, DEFENDANT–PETITIONER.

August 8, 2006.

ORDERED that the petition for certification is granted on the issue of defendant's sentence, and the matter is summarily remanded to the trial court for resentencing in light of the Court's decision in *State v. Pierce*, 188 *N.J.* 155, 902 *A.*2d 1195 (2006).

905 A.2d 877

STATE OF NEW JERSEY, PLAINTIFF–RESPONDENT, v.
JACKIE A. TERRY, DEFENDANT–PETITIONER.

August 8, 2006.

ORDERED that the petition for certification is granted on the issue of defendant's sentence, and the matter is summarily remanded to the trial court for resentencing in light of the Court's decision in *State v. Pierce*, 188 *N.J.* 155, 902 *A.*2d 1195 (2006).